

fisherphillips.com

**New Jersey**
430 Mountain Ave.
Suite 303
Murray Hill, NJ 07974
(908) 516-1054 Tel
(908) 516-1102 Fax

**Writer's E-mail:**
tdandrea@fisherphillips.com

September 20, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2022

<u>**Via ECF**</u>
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Francis v. AptDeco, Inc., et al.*
             <u>Civil Action No. 1:22-cv-01247-MKV</u>

Dear Judge Vyskocil:

    We represent Defendants AptDeco, Inc., Jason Grant, Kalam Dennis, and Reham Fagiri ("Defendants") in the above-referenced action. We write jointly on behalf of the parties to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for October 4, 2022, as well as the submission of a Proposed Civil Case Management Plan and Scheduling Order and joint letter by September 27, 2022, until a date after mediation has occurred in this matter. The parties are scheduled to participate in mediation pursuant to the Court's Second Amended Standing Administrative Order on October 19, 2022. Counsel for Plaintiff Jade Francis joins in this request.

    This is Defendants' first request for an adjournment, and it would not affect any other scheduled dates in connection with the above-captioned action.

cc:    Counsel of record (via ECF)

Respectfully submitted,

*s/ Theresa D'Andrea*

Theresa D'Andrea
For FISHER & PHILLIPS LLP

**GRANTED. The Initial Pretrial Conference is adjourned to November 1, 2022 at 3:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The parties are directed to file a Proposed Civil Case Management Plan and Scheduling Order and joint letter one week prior to that date. SO ORDERED.**

Date: 9/21/2022
New York, New York

*[signature]*
Mary Kay Vyskocil
United States District Judge

**Fisher & Phillips LLP**
Atlanta · Baltimore · Bethesda · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport
Houston · Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando
Philadelphia · Phoenix · Pittsburgh · Portland · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills